# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 95-10896
Summary Calendar

_____

KAREN LOWE,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA, by and through its administration,
the United States Social Security Administration,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(1:95-CV-66-C)
_____

March 20, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Karen Lowe appeals the dismissal of her complaint against the United States under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b), for failure to state a claim under FED. R. CIV. P. 12(b)(6). Lowe claims $5,000,000 in damages based on an alleged erroneous computer data entry (that she was deceased) made by an employee of the Social Security Administration. Lowe alleged, _inter alia_, that she became aware of the erroneous entry in January 1993 and requested the Social Security Administration to correct it, but that, as of March 1994, it had still not done so.

---

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have conducted a *de novo* review and conclude that Lowe is unable to prove any set of facts in support of her claim which would entitle her to relief under the FTCA. Accordingly, the judgment of the district court is **AFFIRMED.**